# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | WALTER C. KABAT | | |
| **Case Number:** | 2:12-bk-00359-SSC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 19, 2014 02:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | FAYE HOLTHAUS | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## Matters:

1) **ADV: 2-12-00753**

   **WALTER C. KABAT vs THE BANK OF NEW YORK MELLON FKA THE BANK**

   CONTINUED STATUS HEARING  RE: POTENTIAL DISMISSAL OF ADVERSARY

   **R / M #:**   16 / 0

2) CONTINUED HEARING ON CONFIRMATION OF DEBTOR'S PLAN

   **R / M #:**   212 / 0

3) U.S. TRUSTEE MOTION TO CONVERT OR DISMISS  FILED BY ELIZABETH C. AMOROSI OF OFFICE OF THE U.S. TRUSTEE ON BEHALF OF U.S. TRUSTEE .

   **R / M #:**   406 / 0

   **VACATED:  MOTION WITHDRAWN**

## Appearances:

ALLAN D. NEWDELMAN, ATTORNEY FOR WALTER C. KABAT
PHILIP GILES, ATTORNEY FOR JP MORGAN CHASE BANK
JODY CORRALES, ATTORNEY FOR US BANK

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...  2:12-bk-00359-SSC          WEDNESDAY, MARCH 19, 2014 02:30 PM

*Proceedings:*

1) Mr. NewDelman confirms that the adversary has been resolved.

**The court asks that the stipulation be filed in the adversary so it can be closed accordingly.**

2) Mr. NewDelman reviews the status of the case and the amended objection filed by JP Morgan Chase Bank. He argues that the objection is untimely and the property values in question in the objection have been resolved by stipulation or trial.

Mr. Giles concedes the points made by Mr. NewDelman, but states that his client's objection is as to plan feasibility. He further states that the operating reports show that more money is being disbursed than coming in.

**The court advises Mr. NewDelman to file a declaration in support of confirmation that addresses the feasibility concerns.**

Mr. NewDelman will file said declaration and the stipulated order of confirmation by May 2, 2014.

**COURT: IT IS ORDERED CONTINUING THE HEARING TO MAY 21, 2014 AT 11:00 AM, SUBJECT TO BEING VACATED IF THE PLAN IS CONFIRMED.**

3) VACATED - MOTION WITHDRAWN